UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTOINE AMIRA,<br>Plaintiff,<br>-against-<br>CHASE HUGHES et al.,<br>Defendants. | 26-cv-10218 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Antoine Amira brought this suit for alleged copyright infringement against defendants Chase Hughes, MasterClass NCI University, and Applied Behavior Research LLC. The complaint, however, states only that: "Venue in this district must be established. Insert verified facts and the applicable legal basis for venue, including under 28 U.S.C. § 1400(a), and any other applicable provision." On or before December 7, 2026, Amira should file a letter—in the form of a letter-motion—explaining why venue is proper in this case, or else re-filing in an another district.

SO ORDERED.

Dated: November 24, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge